IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
NOV 07 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | 9:17-PO-5093-JCL |
|---|---|
| Plaintiff, | CVB Violation No: FAJO0027 |
| vs. | ORDER |
| JOHN A. ULRICH, | |
| Defendant. | |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated September 27, 2017, advising that Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $115.00, inclusive of fees and costs and Defendant has agreed to forfeit that amount.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $115.00, which has been paid in full.

The Clerk of Court is directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549, to the U.S. Attorney's office, and to the Defendant at 444 S. Kootenai Creek, Stevensville, MT 59870.

ORDER - Page 1

CVB is directed to enter **PF** as the disposition code.

DATED this 7th day of November, 2017.

Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB